PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Miguel Mejia           Cr.: 20-00433-001
                                                             PACTS #: 42063

Name of Sentencing Judicial Officer:   THE HONORABLE DENISE COTE
                                       UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:     THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/30/2005

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 812, 841(a)(1), 841(b)(1)(A) and 846

Original Sentence: 292 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Comply with ICE Instructions

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/08/2019

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Bermuda for a seven-day cruise during spring break with his family. He intends to travel with his wife and daughter. Mr. Mejia plans to travel from April 2, 2023, to April 9, 2023. He intends to sail out of New York City on Norwegian Cruise lines. However, Mr. Mejia has not booked cruise reservations, pending your decision, Your Honor.

U.S. Probation Officer Action:

Our office recommends the travel request be approved. Mejia reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Miguel Mejia has maintained stable residence and is employed with C&T Home Care in Jamaica, New York. Mr. Mejia has also satisfied his special assessment fee of $100 in full. As such, he is in full compliance with the conditions of supervised release. We request that Your Honor indicate the instructions of the court below.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

Prob 12A – page 2
Miguel Mejia

By: Kelsey N. Immendorf
Probation Services Technician

/kni

APPROVED:

_____  3/17/2023
STEVEN ALFREY              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

s/Katharine S. Hayden
Signature of Judicial Officer

3/17/2023
Date